# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: James Allotta a/k/a James Thomas Allotta, a/k/a James T Allotta | BK NO. 23-02873 MJC |
| Debtor(s) | Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

      Respectfully submitted,

/s/ Michael Farrington
Michael Farrington
18 Jan 2024, 09:25:23, EST

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322