IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: Allotta, James | : | | CHAPTER 13 |
| | : | | |
| | : | | |
| Debtor | : | | CASE No 5:23-bk-02873 |

## REQUEST FOR PAYMENT OF CHAPTER 13 COMPENSATION AND EXPENSES

<u>Instructions</u>: Complete **Part A** for payment of the presumptively reasonable fee, as described in L.B.R. 2016-2(c), being paid through a Chapter 13 Plan and reimbursement of expenses. Complete **Part B** for payment of compensation and reimbursement of expenses awarded by separate Court Order. Complete **Part C** for all requests for payment of compensation and reimbursement of expenses.

| | |
|---|---|
| A. Presumptively reasonable fees under L.B.R. 2016-2(c) | |
| 1. Amount agreed to by Debtor | $ 4,500.00 |
| 2. Less amount paid to attorney prior to filing petition | $ 900.00 |
| 3. Balance of compensation to be paid through plan distribution | $ 3,600.00 |
| 4. Expenses advanced to be paid through plan distributions: (Describe expense and amount) | $ 0.00 |

| | |
|---|---|
| B. Compensation and reimbursement of expenses allowed upon application and order under L.B.R. 2016-2(a) | |
| 1. Retainer received | $ |
| 2. Compensation earned prepetition and paid to attorney prior to filing petition | $ |
| 3. Expenses reimbursed prepetition | $ |
| 4. Balance in retainer after deduction of prepetition compensation and expenses | $ |
| 5. Compensation and expenses approved by the Court to be paid through plan distributions less balance in client trust account | $ |

| | |
|---|---|
| C. The undersigned hereby requests payment through the Plan for compensation and reimbursement of expenses under 11 U.S.C. §503(b)(2) in the following amount based on the information above: | $ 3,600.00 |

Dated: February 23, 2024

/s/ Patrick J. Best
Patrick J. Best, Esq.
ARM Lawyers
18 N 8th Street
Stroudsburg, PA 18360
Attorney for Debtor