# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| James Allotta, <br> aka James Thomas Allotta, aka James T Allotta, | Chapter 13 |
| **Debtor 1** | Case No. 5:23–bk–02873–MJC |

## Order Confirming Chapter 13 Plan

The Chapter 13 Plan was filed on December 22, 2023. The Plan, or summary of the Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Chapter 13 Plan is confirmed.

By the Court,

*Mark J. Conway*

Mark J. Conway, United States Bankruptcy Judge

Dated: March 28, 2024

orcnfpln(05/18)