# Notice Recipients

District/Off: 0314–5 User: AutoDocketer Date Created: 3/28/2024
Case: 5:23–bk–02873–MJC Form ID: ntserv Total: 1

**Recipients of Notice of Electronic Filing:**
aty      Patrick James Best      patrick@armlawyers.com

TOTAL: 1